JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VAWTER on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., a Georgia corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01318-RGK-E<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL<br><br>Judge:      Hon. R. Gary Klausner<br>Courtroom: 850 |

# [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL

Based on the parties Stipulated Request for Dismissal and good cause appearing, all of Plaintiff Brandon Vawter's individual claims and causes of action, are hereby Dismissed with Prejudice and the above-captioned action is dismissed in its entirety.  IT IS SO ORDERED.

DATED: December 03, 2018

_____
Honorable R. Gary Klausner
Judge, United States District Court